IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID BEATY and DB SPORTS, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:19-cv-02137 |
| ) | |
| KANSAS ATHLETICS, INC. ) | |
| ) | |
| Defendant. ) | |

### CLERK'S ORDER FOR FOURTEEN (14) DAY EXTENSION OF TIME

Pursuant to D. Kan. Local Rule 77.2, the Clerk has been advised that service of the Complaint was made on the defendant on April 12, 2019, and that responsive pleadings are due to be filed on or about May 3, 2019.  The time for responding to the Complaint has not expired.

Defendant Kansas Athletics, Inc. requests a Clerk's Extension of fourteen (14) days, up to and including May 17, 2019 in which to file its answer or otherwise respond to Plaintiffs' Complaint.

IT IS HEREBY ORDERED that defendant Kansas Athletics, Inc., shall have an extension of time, up to and including May 17, 2019 in which to answer or otherwise respond to Plaintiffs' Complaint (Doc. 1).

                                        s/Colleen Abraham, deputy clerk   05/01/2019
                                        CLERK OF THE DISTRICT COURT

/s Eric J. Aufdengarten
Eric J. Aufdengarten  #21289
Associate General Counsel
The University of Kansas
245 Strong Hall, 1450 Jayhawk Blvd.
Lawrence, Kansas 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
eja@ku.edu
*Counsel for Defendant Kansas Athletics, Inc.*

{L0069115.3 }                                              1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of this document was filed through the Court's CM/ECF filing system on the 1st day of May, 2019 which generated a Notice of Electronic Filing to the following counsel:

James D. Griffin
Brent N. Coverdale
Scharnhorst Ast Kennard Griffin, PC
1100 Walnut, Suite 1950
Kansas City, MO  64106-2143
jgriffin@sakg.com
bcoverdale@sakg.com
*Counsel for Plaintiff*

/s  Eric J. Aufdengarten
Eric J. Aufdengarten
*Counsel for Defendant*