IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| DAVID BEATY and <br> DB SPORTS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> KANSAS ATHLETICS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 2:19-CV-02137 <br> ) <br> ) <br> ) <br> ) |

## MOTION TO DISMISS

Defendant Kansas Athletics, Inc., ("Kansas Athletics") moves to dismiss this diversity case for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) and for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6). A supporting memorandum, Index of Exhibits, and Exhibits A-R are filed contemporaneously.

Respectfully submitted,

/s/ Eric J. Aufdengarten
Eric J. Aufdengarten #21289
Associate General Counsel and
Special Assistant Attorney General
The University of Kansas
245 Strong Hall, 1450 Jayhawk Blvd.
Lawrence, Kansas 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
eja@ku.edu
*Counsel for Defendant Kansas Athletics, Inc.*

{L0069353.1}                                1

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a true and correct copy of this document was filed through the Court's CM/ECF filing system on the 17th day of May, 2019 which generated a Notice of Electronic Filing to the following counsel:

James D. Griffin
Brent N. Coverdale
Scharnhorst Ast Kennard Griffin, PC
1100 Walnut, Suite 1950
Kansas City, MO  64106-2143
jgriffin@sakg.com
bcoverdale@sakg.com
*Counsel for Plaintiffs*

/s / Eric J. Aufdengarten
Eric J. Aufdengarten
*Counsel for Defendant*
