UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID BEATY and <br> DB SPORTS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> KANSAS ATHLETICS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    Case No. 19-02137-KHV-GEB <br> ) <br> ) <br> ) <br> ) |

## INITIAL ORDER

On May 23, 2019, the Court conducted a status conference with the parties. Plaintiffs appeared through counsel, Brent N. Coverdale and James D. Griffin. Defendant appeared through counsel, Eric Aufdengarten.

After discussion with the parties regarding scheduling and discovery, the Court enters the following Initial Order, which is also summarized in the table at the end of this Order:

1) **Rule 26(a)(1) Initial Disclosures.**

The parties are to exchange the initial disclosures required by Fed. R. Civ. P. 26(a)(1) no later than **June 14, 2019**. In addition to exchanging the initial disclosures, the parties shall email their initial disclosures, in .pdf format, to the chambers of the undersigned magistrate judge at ksd_birzer_chambers@ksd.uscourts.gov. These initial disclosures do not need to be filed with the Clerk's Office. *See* D. Kan. Rule 26.3(a).

1

2) **Exchange of Documents Identified in Rule 26(a)(1) Initial Disclosures**

The parties must exchange the documents identified in their Rule 26(a)(1) initial disclosures no later than **June 28, 2019**.

3) **Additional Conference.**

Promptly following the District Court's ruling on the pending motion to dismiss (ECF No. 5), if the case proceeds, the undersigned will set this matter for a status or scheduling conference to discuss the setting of remaining deadlines.

4) **Summary of Deadlines and Settings.**

| SUMMARY OF DEADLINES AND SETTINGS | |
|---|---|
| Event | Deadline/Setting |
| Exchange of Rule 26(a)(1) Initial Disclosures | 6/14/19 |
| Exchange of documents identified in Rule 26(a)(1) Initial Disclosures | 6/28/19 |
| Status/scheduling conference | TBD |

The deadlines in this Initial Order will not be modified except by leave of Court upon a showing of good cause.

**IT IS SO ORDERED.**

Dated May 23, 2019, at Wichita, Kansas.

s/ Gwynne E. Birzer  
GWYNNE E. BIRZER  
U.S. Magistrate Judge
