# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID BEATY and DB SPORTS, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | )   Case No. 2:19-CV-02137 |
| v. | ) |
| | ) |
| KANSAS ATHLETICS, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs David Beaty and DB Sports, LLC, by and through undersigned counsel, hereby move the court for an Order allowing Plaintiffs up to and including Monday, July 22, 2019, to respond to Defendant Kansas Athletics, Inc.'s ("KAI") motion to dismiss so that the parties can conduct jurisdictional discovery. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs filed this lawsuit on March 12, 2019, alleging causes of action for breach of contract and violation of the Kansas Wage Payment Act. (ECF No. 1).

2. KAI was served on April 12, 2019. (ECF No. 4).

3. On May 17, 2019, KAI filed a Motion to Dismiss both claims brought by Plaintiffs under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) for lack of subject matter jurisdiction and failure to state a claim, respectively. (ECF Nos. 5 and 6).

4. The original deadline for Plaintiffs' response to the Motion to Dismiss is Friday, June 7, 2019.

5. In order to fully respond to KAI's jurisdictional argument, Plaintiffs require limited discovery regarding KAI's purported status as an arm of the state of Kansas.

6. On June 5, 2019, counsel for Plaintiffs called counsel for KAI to discuss the briefing schedule and Plaintiffs' need for limited discovery. Counsel for KAI stated that he had no objection to the 45-day extension. Counsel for KAI also advised that KAI requires limited discovery into matters related to Plaintiffs' domiciles.

7. Counsel for the parties agreed to meet and confer regarding the scope of the limited discovery and contact the Court should the parties reach an impasse.

WHEREFORE, Plaintiffs David Beaty and DB Sports, LLC respectfully request that they be allowed up to and including July 22, 2019 to Defendant Kansas Athletics, Inc.'s Motion to Dismiss so that the parties can conduct limited discovery on issues related to the Motion.

Respectfully submitted,

*/s/ James D. Griffin*
James D. Griffin       KS # 12545
Brent N. Coverdale     KS # 18798
Scharnhorst Ast Kennard Griffin PC
1100 Walnut, Suite 1950
Kansas City, MO 64106
Tel: (816) 268-9419
Fax: (816) 268-9409

E-mail:    jgriffin@sakg.com
           bcoverdale@sakg.com

and

Michael P. Lyons (seeking admission *pro hac vice*)
Christopher J. Simmons (seeking admission *pro hac vice*)
Stephen Higdon (seeking admission *pro hac vice*)
Deans & Lyons, LLP
325 N. Saint Paul St., Suite 1500
Dallas, Texas 75201-3891
Tel: (214) 965-8500
Fax: (214) 965-8505
E-mail:    mlyons@deanslyons.com
           csimmons@deanslyons.com
           shigdon@deanslyons.com
*Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

On June 5, 2019, counsel for Plaintiffs conferred with counsel for Defendants and agreed on the contentions in the above unopposed Motion.

>   */s/ James D. Griffin*
>   Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 5, 2019, a true and correct copy of the foregoing document was filed via the Court's electronic filing system, which will generate notice to all counsel of record.

>   */s/ James D. Griffin*
>   Attorney for Plaintiffs