# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID BEATY and DB SPORTS, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | )   Case No. 2:19-CV-02137 |
| v. | ) |
| | ) |
| KANSAS ATHLETICS, INC., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

Plaintiffs David Beaty and DB Sports, LLC, by and through their undersigned counsel, notify the Court and all counsel of records that on the 7th day of June, 2019, the following was served on Defendant's counsel via electronic mail and U.S. mail, postage prepaid:

*Plaintiffs' Jurisdictional Request for Production and Interrogatories to Defendant Kansas Athletics, Inc.*

Dated:  June 7, 2019

                                                Respectfully submitted,

                                                */s/ James D. Griffin*
                                                James D. Griffin       KS # 12545
                                                Brent N. Coverdale     KS # 18798
                                                Scharnhorst Ast Kennard Griffin PC
                                                1100 Walnut, Suite 1950
                                                Kansas City, MO 64106
                                                Tel: (816) 268-9419
                                                Fax: (816) 268-9409
                                                E-mail:       jgriffin@sakg.com
                                                                          bcoverdale@sakg.com

                                                and

00196753.DOCX

                Michael P. Lyons (admitted *pro hac vice*)
                Christopher J. Simmons (admitted *pro hac vice*)
                Stephen Higdon (admitted *pro hac vice*)
                Deans & Lyons, LLP
                325 N. Saint Paul St., Suite 1500
                Dallas, Texas 75201-3891
                Tel: (214) 965-8500
                Fax: (214) 965-8505
                E-mail:     mlyons@deanslyons.com
                              csimmons@deanslyons.com
                              shigdon@deanslyons.com

                *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 7, 2019, a true and correct copy of the foregoing document was filed via the Court's electronic filing system, which will generate notice to all counsel of record.

                */s/ James D. Griffin*
                Attorney for Plaintiffs