IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID BEATY and<br>DB SPORTS, LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>KANSAS ATHLETICS, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 2:19-CV-02137-KHV-GEB<br>)<br>)<br>)<br>) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO EXCHANGE RULE 26(a)(1) DISCLOSURES AND DOCUMENTS**

Defendant Kansas Athletics, Inc. hereby moves this Court for extensions of time to June 21, 2019 and July 8, 2019, respectively, for the parties to exchange Rule 26(a)(1) Initial Disclosures and the documents identified therein. In support of the motion, and pursuant to Local Rule 6.1(a), Defendant states:

1. Counsel for Defendant has consulted with counsel for Plaintiffs, and Plaintiffs have no objection to the requested extensions of time.

2. The current deadline for the parties to exchange initial Rule 26 disclosures is June 14, 2019, and the deadline for the exchange of documents identified therein is June 28, 2019 (ECF 15).

3. No previous extensions have been requested or granted for the exchange of disclosures and documents.

4. The extensions are needed due to the press of business and intervening travel of the undersigned counsel, and to allow the defendant additional time to identify and collect the witness information and documents needed for its disclosures.

{L0069611.1 }

5. The extensions are not requested for purposes of delay, and no party will be prejudiced by the extensions, as Defendant's Motion to Dismiss is pending before the Court.

WHEREFORE Defendant respectfully requests that the Court grant an extension of seven (7) days to June 21, 2019 for the parties to exchange of Rule 26(a)(1) Initial Disclosures; and an extension of ten (10) days to July 8, 2019 for the exchange of documents identified in the parties' Disclosures.

Respectfully submitted,

/s/ Eric J. Aufdengarten
Eric J. Aufdengarten #21289
Associate General Counsel and
Special Assistant Attorney General
The University of Kansas
245 Strong Hall, 1450 Jayhawk Blvd.
Lawrence, Kansas 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
eja@ku.edu
*Counsel for Defendant Kansas Athletics, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a true and correct copy of this document was filed through the Court's CM/ECF filing system on the 12th day of June, 2019 which generated a Notice of Electronic Filing to the following counsel:

James D. Griffin
Brent N. Coverdale
Scharnhorst Ast Kennard Griffin, PC
1100 Walnut, Suite 1950
Kansas City, MO  64106-2143
jgriffin@sakg.com
bcoverdale@sakg.com

Michael P. Lyons
Christopher J. Simmons
Stephen Higdon
Deans & Lyons, LLP
325 N. Saint Paul St., Suite 1500
Dallas, Texas 75201-3891
mlyons@deanslyons.com
csimmons@deanslyons.com
shigdon@deanslyons.com

*Counsel for Plaintiffs*

                                      /s / Eric J. Aufdengarten
                                      Eric J. Aufdengarten
                                      *Counsel for Defendant*