IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID BEATY and DB SPORTS, LLC, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 2:19-CV-02137 ) ) |
| KANSAS ATHLETICS, INC., | ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

Plaintiffs David Beaty and DB Sports, LLC, by and through their undersigned counsel, notify the Court and all counsel of record that on the 21st day of June, 2019, the following was served on Defendant's counsel via electronic mail:

*Plaintiffs' Rule 26 Initial Disclosures.*

Dated:  June 21, 2019                                  Respectfully submitted,

 */s/ Brent N. Coverdale*
James D. Griffin       KS # 12545
Brent N. Coverdale     KS # 18798
Scharnhorst Ast Kennard Griffin PC
1100 Walnut, Suite 1950
Kansas City, MO 64106
Tel: (816) 268-9419
Fax: (816) 268-9409
E-mail:     jgriffin@sakg.com
            bcoverdale@sakg.com

and

        Michael P. Lyons (admitted *pro hac vice*)
        Christopher J. Simmons (admitted *pro hac vice*)
        Stephen Higdon (admitted *pro hac vice*)
        Deans & Lyons, LLP
        325 N. Saint Paul St., Suite 1500
        Dallas, Texas 75201-3891
        Tel: (214) 965-8500
        Fax: (214) 965-8505
        E-mail:    mlyons@deanslyons.com
                    csimmons@deanslyons.com
                    shigdon@deanslyons.com

        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on June 21, 2019, a true and correct copy of the foregoing document was filed via the Court's electronic filing system, which will generate notice to all counsel of record.

        */s/ Brent N. Coverdale*
        Attorney for Plaintiffs