# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID BEATY and DB SPORTS, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 2:19-CV-02137 |
| v. ) | |
| ) | |
| KANSAS ATHLETICS, INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

Plaintiffs David Beaty and DB Sports, LLC, by and through their undersigned counsel, notify the Court and all counsel of records that on the 11th day of July, 2019, the following was served on Defendant's counsel via electronic mail and U.S. mail, postage prepaid:

*Plaintiff David Beaty's Objections and Responses to Defendant Kansas Athletics, Inc.'s First Request for Production of Documents;*

*Plaintiff David Beaty's Objections and Answers to Defendant Kansas Athletics, Inc.'s First Interrogatories;*

*Plaintiff DB Sports, LOLC's Objections and Responses to Defendant Kansas Athletics, Inc.'s First Request for Production of Documents; and*

*Plaintiffs' supplemental document production, Bates-labeled PLAINTIFFS000118-PLAINTIFFS000217.*

Dated: July 11, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ James D. Griffin*
　　　　　　　　　　　　　　　　　　James D. Griffin　　KS # 12545
　　　　　　　　　　　　　　　　　　Brent N. Coverdale　KS # 18798
　　　　　　　　　　　　　　　　　　Scharnhorst Ast Kennard Griffin PC
　　　　　　　　　　　　　　　　　　1100 Walnut, Suite 1950
　　　　　　　　　　　　　　　　　　Kansas City, MO 64106
　　　　　　　　　　　　　　　　　　Tel: (816) 268-9419
　　　　　　　　　　　　　　　　　　Fax: (816) 268-9409
　　　　　　　　　　　　　　　　　　E-mail:　　jgriffin@sakg.com
　　　　　　　　　　　　　　　　　　　　　　　bcoverdale@sakg.com

1

00197516

and

Michael P. Lyons (admitted *pro hac vice*)
Christopher J. Simmons (admitted *pro hac vice*)
Stephen Higdon (admitted *pro hac vice*)
Deans & Lyons, LLP
325 N. Saint Paul St., Suite 1500
Dallas, Texas 75201-3891
Tel: (214) 965-8500
Fax: (214) 965-8505
E-mail: mlyons@deanslyons.com
csimmons@deanslyons.com
shigdon@deanslyons.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 11, 2019, a true and correct copy of the foregoing document was filed via the Court's electronic filing system, which will generate notice to all counsel of record.

 */s/ James D. Griffin*
Attorney for Plaintiffs

2

00197516