# Exhibit 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID BEATY and DB SPORTS, LLC, )<br><br>Plaintiffs, )<br><br>v. )<br><br>KANSAS ATHLETICS, INC., )<br><br>Defendant. ) | Case No. 2:19-CV-02137 |

### AFFIDAVIT OF DAVID BEATY

**STATE OF TEXAS**     §
                       §
**TRAVIS COUNTY**      §

BEFORE ME, the undersigned authority, on this day personally appeared David Beaty, who being sworn by me stated under oath the following:

1.     I was born in Wylie, Texas and was raised in Garland, Texas.

2.     I started my coaching career as a high school football coach in the Dallas-Fort Worth Metroplex before becoming a coach at Rice University in Houston, Texas and later at Texas A&M University in College Station, Texas.

3.     While coaching at Texas A&M University—a public university—I observed and experienced the inefficiency that can result when a major college football program has to comply with state-mandated procedures. One example is when our coaching staff was prohibited from recruiting for several days while we waited on the sign-off from a government official.

4.     I was hired by Kansas Athletics, Inc. at the end of 2014. I signed two contracts with Kansas Athletics, Inc. One was in my individual capacity. The other was on behalf of DB Sports, LLC. I am the sole member of DB Sports, LLC.

**AFFIDAVIT OF DAVID BEATY**                                          **Page 1 of 4**

5.    On November 4, 2018, I met with Jeff Long, who informed me that Kansas Athletics, Inc. had decided to terminate me without cause. Under amended contracts between me, DB Sports, LLC, and Kansas Athletics, Inc., termination without cause required Kansas Athletics, Inc. to pay me $3 million, paid out under specified terms in the contracts.

6.    Jeff Long asked me to stay on and finish out the season, which I agreed to do based on Mr. Long's representation that Kansas Athletics would honor its agreements with me and was terminating me without cause. More specifically, Jeff Long promised me that Kansas Athletics was going to pay me the $3 million it owed because of the termination without cause. At the end of the meeting, Mr. Long and I shook hands. I believed Mr. Long, and I relied on his promises when I agreed that I would stay on as Head Coach until the end of the season.

7.    Later, Mr. Long confirmed his private promises to me in public and in writing. A true and correct copy of Mr. Long's written confirmation of his promises to me is attached as Exhibit A to this affidavit.

8.    After finishing out the 2018 season in reliance on Mr. Long's promises, I was without a job and had no coaching prospects I was interested in within the State of Kansas.

9.    I returned home to Texas in January 2019. I resided in Rowlett, Texas briefly before signing a lease on an apartment in Austin, Texas.

10.    I registered to vote in Texas. A true and correct copy of my voter registration—with redactions for mine and my family's privacy—is attached as Exhibit B to this affidavit.

11.    I obtained a Texas driver's license. True and correct copies of my Texas driver's licenses—with redactions for mine and my family's privacy—are attached as Exhibits C and D to this affidavit.

**AFFIDAVIT OF DAVID BEATY**                                                                 *Page 2 of 4*

12.      I registered my car and updated my car insurance to reflect that I lived in Texas. True and correct copies of my Texas registration and proof of insurance—with redactions for mine and my family's privacy—are attached as Exhibits E and F to this affidavit.

13.      I have utilities in Austin, Texas and have primarily resided in Austin, Texas since January 2019. At this time, I intend to remain in Austin, Texas indefinitely.

14.      I have been in employment discussions with a football program in Texas, but have not finalized anything.

15.      I moved some—but not all—of my personal belongings with me to Texas. I have had to purchase furniture for my apartment in Austin because I did not want to empty my house in Lawrence, Kansas, where my wife and youngest daughter still reside. My oldest daughter is a student at a Texas university.

16.      My wife and youngest daughter still reside in Lawrence, Kansas because we do not believe trying to purchase a home in Austin, Texas makes sense while Kansas Athletics, Inc. holds the $3 million it previously acknowledged it owed me. Austin has a very competitive real estate market, so the uncertainty Kansas Athletics, Inc. has created for me and my family has made evaluating where we will live in Austin difficult. To minimize the displacement of my youngest daughter, my wife and I decided she will stay in Kansas until we have a clearer view of the future.

17.      While Kansas Athletics employed me, it paid for my membership at a country club in Lawrence, Kansas. I have not paid to maintain that membership nor frequented the club since my employment with Kansas Athletics ended. I am a member of the American Football Coaches Association which is based in Waco, Texas.

Further Affiant sayeth not.

**AFFIDAVIT OF DAVID BEATY**                                                    **Page 3 of 4**

_____

David Beaty

SUBSCRIBED AND SWORN TO BEFORE ME on July 22ⁿᵈ, 2019, to certify which

witness my hand and official seal of office.



JASMINE R. OGWO
Notary Public, State of Texas
Comm. Expires 07-13-2021
Notary ID 131207344

_____

Notary Public in and for the State of Texas

**AFFIDAVIT OF DAVID BEATY**

**Page 4 of 4**

# Exhibit A

**PERSONAL and CONFIDENTIAL**

To:    David Beaty
CC:    Mike Vollmar, Senior Associate AD – Football Administration
From:  Jeff Long, Director of Athletics
Date:  November 29, 2018
Re:    Termination Without Cause

As discussed in my office on November 4, pursuant to Section 12 of your Employment Agreement, your Agreement with Kansas Athletics Inc. was terminated without cause effective November 24, 2018.  All liquidated damages payments owed to you will be paid out consistent with Section 12 of your current amended Employment Agreement and Section 7 (D) of your current amended Professional Services Agreement.

I appreciate your contributions to the University of Kansas, Kansas Athletics, and Kansas Football during your time as Head Football Coach and wish you success in your future endeavors.

If you have any questions about your employee benefits, including continuing your health insurance through COBRA continuation coverage, please work directly with Frank Reeb.  He can be reached at 785-864-7185 (Office) or 785-330-3203 (Cell).

**PLAINTIFFS000038**

# Exhibit B





PLAINTIFFS000119

# Exhibit C



# Exhibit D



# Exhibit E



PLAINTIFFS000130

# Exhibit F

# Texas Liability Insurance Card



**FARMERS INSURANCE**

**Named Insured(s):**   David Beaty         Raynee Beaty
                        Averie Beaty
                        ████████████
                        Rowlett, TX 75088

**Vehicle:**   2015 Bmw X5 4D 4Wd Xdrive 35I
              VIN: ████████████

**Registered Owner(s):**   David Beaty

**Policy Number:** ████████
Effective: **1/17/2019**
Expiration: **7/17/2019**

**NAIC Number: 24392**

**Your Agent:** Lynn Tenney
8126 Lakeview Pkwy Ste 102
Rowlett, TX 75088-4564
**Agent Phone:** (972) 412-4665

---

**Farmers Texas County Mutual Insurance Company (800) 225-0011**

This policy provides at least the minimum amounts of liability insurance required by the Texas Motor Vehicle Safety Responsibility Act for the specified vehicle and named insureds and may provide coverage for other persons and other vehicles as provided by the insurance policy.

---

## TEXAS LIABILITY INSURANCE CARD

### Keep This Card

**IMPORTANT:** This card or a copy of your insurance policy must be shown when you apply for or renew your:

- motor vehicle registration
- driver's license
- motor vehicle safety inspection sticker.

You also may be asked to show this card or your policy if you have an accident or if a peace officer asks to see it.

All drivers in Texas must carry liability insurance on their vehicles or otherwise meet legal requirements for financial responsibility. Failure to do so could result in fines up to $1,000, suspension of your driver's license and motor vehicle registration, and impoundment of your vehicle for up to 180 days (at a cost of $15 per day).
**To report a claim (including roadside assistance), please contact Farmers Claim Department (day or night) at 1-800-435-7764.**

Visit www.farmers.com to learn more about claim self-service options. It's quick, convenient and always open!

*See policy for actual coverage language.*

## TARJETA DE SEGURO DE RESPONSABILIDAD DE TEXAS

### Guarde esta tarjeta.

**IMPORTANTE:** Esta tarjeta o una copia de su poliza de seguro debe ser mostrada cuando usted solicite o renueve su:

- registro de vehiculo de motor
- licencia para conducir
- etiqueta de inspeccion de seguridad para su vehiculo.

Puede que usted tenga tambien que mostrar esta tarjeta o su poliza de seguro si tiene un accidente o si un oficial de la paz se la pide.

Todos los conductores en Texas deben de tener seguro de responsabilidad para sus vehiculos, o de otra manera llenar los requisitos legales de responsabilidad civil. Fallo en llenar este requisito pudiera resultar en multas de hasta $1,000, suspension de su licencia para conducir y su registro de vehiculo de motor, y la retencion de su vehiculo por un periodo de hasta 180 dias (a un costo de $15 por dia).

**Para español llame al 1-877-732-5266.**          25-9008    2-14

**PLAINTIFFS000131**

## FOREMOST WATERCRAFT PROGRAMS

The Foremost Watercraft programs offer important features designed to keep you out on the water. With specialized coverage for most makes and models of personal watercraft and boats, a customized Foremost policy allows you to choose the coverage that best fits your situation, and gives you the peace of mind you want. Foremost also offers money-saving discounts and convenient payment plans. You can count on the specialty insurance experts at Foremost to give you more!

## WATERCRAFT INSURANCE IDENTIFICATION CARD

Your watercraft insurance identification card for the watercraft indicated is below.

LOOK AT THE CARD CAREFULLY. Compare the information shown to the watercraft's registration. If the information does not agree, contact your agent immediately so that the necessary corrections can be made. If this is a renewal card, keep it in a safe place until it takes effect. Destroy the old card only after the new one is in force.

**FOLD ALONG PERFORATIONS BEFORE ATTEMPTING TO REMOVE YOUR I.D. CARD. FOLDING WILL MINIMIZE THE CHANCE OF THE CARD BEING TORN.**

### WATERCRAFT INSURANCE IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| ███████ | | |

| YEAR | MAKE/MODEL | IDENTIFICATION NUMBER |
|---|---|---|
| | | ██████████ |

**INSURED'S NAME AND ADDRESS**

██████████████

**AGENT'S NAME AND ADDRESS**

PLAINTIFFS000133