# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID BEATY and DB SPORTS, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2:19-CV-02137 |
| v. | ) |
| | ) |
| KANSAS ATHLETICS, INC., | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF DAVID BEATY'S OBJECTIONS AND ANSWERS TO DEFENDANT KANSAS ATHLETICS, INC.'S FIRST INTERROGATORIES

TO: Defendant Kansas Athletics, Inc., by and through its counsel of record, Eric J. Aufdengarten, The University of Kansas, 245 Strong Hall, 14560 Jayhawk Blvd., Lawrence, Kansas 66045.

Pursuant to Federal Rule of Civil Procedure 33, Plaintiff David Beaty ("Plaintiff") submits the following Objections and Answers to Defendant Kansas Athletics, Inc.'s First Interrogatories.

Respectfully submitted,

**/s/ Brent N. Coverdale**

James D. Griffin        KS # 12545
Brent N. Coverdale    KS # 18798
Scharnhorst Ast Kennard Griffin PC
1100 Walnut, Suite 1950
Kansas City, MO 64106
Tel: (816) 268-9419
Fax: (816) 268-9409
E-mail:    jgriffin@sakg.com
           bcoverdale@sakg.com

and

Michael P. Lyons (*pro hac vice*)
Christopher J. Simmons (*pro hac vice*)
Stephen Higdon (*pro hac vice*)
Deans & Lyons, LLP
325 N. Saint Paul St., Suite 1500
Dallas, Texas 75201-3891

**EXHIBIT S**

# INTERROGATORIES

**INTERROGATORY NO. 1**
Please identify all addresses at which you claimed a residence between November 24, 2018 to the present, and the dates of each residency.

**ANSWER:**

Following Kansas Athletics, Inc. terminating Plaintiff's contract without cause and confirming the same publicly, privately, and in writing, Plaintiff obliged Kansas Athletics, Inc.'s request that he finish out the season as head coach for the stability of the program and resided at 109 Fall Ridge Lane, Lawrence, Kansas. After November 24, 2018, Plaintiff no longer had employment prospects in the State of Kansas and returned home to Texas where he has strong connections to pursue job opportunities. Accordingly, Plaintiff left the State of Kansas and briefly resided at 5014 Lake Forest Drive, Rowlett, Texas, forming a present intent to remain indefinitely in the State of Texas, registering to vote, obtaining a Texas driver's license, registering his vehicle, updating his car insurance, and signing a lease on or about January 17, 2019 at 7200 Easy Wind Drive, Apt. 3028, Austin, Texas 78757 where he currently resides and intends to remain indefinitely.

**INTERROGATORY NO. 2**
Please identify all addresses at which you had an overnight stay between November 24, 2018 to the present, and the corresponding dates for each address.

**ANSWER:**
Plaintiff objects to this interrogatory to the extent that it is overly broad in its scope. Subject to that objection, Plaintiff answers that since Plaintiff formed a present intent to remain indefinitely in the State of Texas he has primarily resided at 7200 Easy Wind Drive, Apt. 3028, Austin, Texas 78757 since November 24, 2018, while also spending some time at 5014 Lake Forest Drive, Rowlett, Texas and on a ranch in East Texas, a few weekends at 109 Fall Ridge Lane, Lawrence, Kansas, and at least one night in McKinney, Texas; Allen, Texas; Irving, Texas; Richardson, Texas; Southlake, Texas; College Station, Texas; Houston, Texas; Birmingham, Alabama; Aliso Viejo, California; Los Angeles, California; Lake Charles, Louisiana; Chicago, Illinois; St. Louis, Missouri; Branson, Missouri; Watercolor, Florida; and Montego Bay, Jamaica.

**INTERROGATORY NO. 3**
Please identify all forms of your employment from and after November 24, 2018 and include for each the dates of employment; location of employment; and the name and address of the employer.

**ANSWER:**
Plaintiff objects to this interrogatory to the extent it is overly broad in its scope. Subject to that objection, Plaintiff answers that following Kansas Athletics, Inc. terminating Plaintiff's contract without cause and confirming the same publicly, privately, and in writing, Plaintiff obliged Kansas Athletics, Inc.'s request that he finish out the season as head coach for the stability of the program and resided at 109 Fall Ridge Lane, Lawrence, Kansas. After November 24, 2018, Plaintiff no

**ANSWER:**
Plaintiff objects to this request to the extent it is not reasonably calculated to lead to the discovery of admissible evidence. Subject to this objection, Plaintiff answers that Averie Beaty is a student at Texas A&M University and that A B has been a student at Southwest Middle School in Lawrence, Kansas.

**INTERROGATORY NO. 8**
Please identify the employment, if any, of your spouse from and after November 24, 2018, and include for each the dates of employment, location of employment, and the name and address of the employer.

**ANSWER:**
Plaintiff objects to this request to extent it is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving that objection, Raynee Beaty is not employed.

**INTERROGATORY NO. 9**
Please identify all investments, enterprises or property interests owned in whole or in part by you or DB Sports, LLC at any time after November 24, 2018, and the dates those interests were held.

**ANSWER:**
Plaintiff objects to this request to the extent it is overly broad. Subject to that objection, Plaintiff answers that for his employment with Kansas Athletics, Inc. he and his wife purchased a home in Lawrence, Kansas at 109 Fall Ridge Lane, Lawrence, Kansas, which he continued to own following Kansas Athletics, Inc. terminating Plaintiff's contract without cause and confirming the same publicly, privately, and in writing.

**INTERROGATORY NO. 10**
Please identify the owner(s) of the real property at every address at which you claimed a residence between November 24, 2018 and the present.

**ANSWER:**
Plaintiff objects to this request to the extent it is overly broad. Subject to that objection, Plaintiff answers that for his employment with Kansas Athletics, Inc. he and his wife purchased a home in Lawrence, Kansas at 109 Fall Ridge Lane, Lawrence, Kansas. After November 24, 2018, Plaintiff no longer had employment prospects in the State of Kansas and returned home to Texas where he has strong connections to pursue job opportunities. Accordingly, Plaintiff left the State of Kansas and briefly resided at 5014 Lake Forest Drive, Rowlett, Texas (owned by Donald and Peggie Spicer), forming a present intent to remain indefinitely in the State of Texas, registering to vote, obtaining a Texas driver's license, registering his vehicle, updating his car insurance, and signing a lease on or about January 17, 2019 at 7200 Easy Wind Drive, Apt. 3028, Austin, Texas 78757 (owned by Midtown Commons II Apartments, LLC) where he currently resides and intends to remain indefinitely.

## VERIFICATION

STATE OF TEXAS §
§
TRAVIS COUNTY §

BEFORE ME, the undersigned authority, on this day personally appeared David Beaty, who being sworn by me stated under oath the following:

1. My name is David Beaty. I am over 18 years of age and I am competent to make this verification in all respects. I am executing this Verification in my individual capacity;

2. I have read the foregoing Objections and Answers to Defendant Kansas Athletics, Inc.'s First Interrogatories;

3. Answers which are based on information obtained from other persons or provide the identity of persons with knowledge of relevant facts, trial witnesses, and/or legal contentions have not been provided under oath; and

4. Subject to subsection 3 above, the Answers contained therein are based upon my personal knowledge, and are true and correct to the best of my knowledge and belief.

EXECUTED on July __10__, 2019.

_____
David Beaty

SUBSCRIBED AND SWORN TO BEFORE ME on July __10__, 2019, to certify which witness my hand and official seal of office.

QUENTIN MCCRAY
Notary Public, State of Texas
Comm. Expires 04-11-2023
Notary ID 131969967

_____
Notary Public in and for the State of Texas

**VERIFICATION**                                                                 **SOLO PAGE**