# Texas Liability Insurance Card



| | |
|---|---|
| **Named Insured(s):** | David Beaty     Raynee Beaty |
| | Averie Beaty |
| | 5014 Lake Forest Dr |
| | Rowlett, TX 75088 |
| **Vehicle:** | 2015 Bmw X5 4D 4Wd Xdrive 35I |
| | VIN: ▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Registered Owner(s):** | David Beaty |

**Policy Number:** ▓▓▓▓▓
Effective: **1/17/2019**
Expiration: **7/17/2019**

**NAIC Number:** 24392

**Your Agent:** Lynn Tenney
8126 Lakeview Pkwy Ste 102
Rowlett, TX 75088-4564

**Agent Phone:** (972) 412-4665

---

**Farmers Texas County Mutual Insurance Company (800) 225-0011**

This policy provides at least the minimum amounts of liability insurance required by the Texas Motor Vehicle Safety Responsibility Act for the specified vehicle and named insureds and may provide coverage for other persons and other vehicles as provided by the insurance policy.

---

### TEXAS LIABILITY INSURANCE CARD

**Keep This Card**

**IMPORTANT:** This card or a copy of your insurance policy must be shown when you apply for or renew your:

- motor vehicle registration
- driver's license
- motor vehicle safety inspection sticker.

You also may be asked to show this card or your policy if you have an accident or if a peace officer asks to see it.

All drivers in Texas must carry liability insurance on their vehicles or otherwise meet legal requirements for financial responsibility. Failure to do so could result in fines up to $1,000, suspension of your driver's license and motor vehicle registration, and impoundment of your vehicle for up to 180 days (at a cost of $15 per day).

**To report a claim (including roadside assistance), please contact Farmers Claim Department (day or night) at 1-800-435-7764.**

Visit www.farmers.com to learn more about claim self-service options. It's quick, convenient and always open!

*See policy for actual coverage language.*

### TARJETA DE SEGURO DE RESPONSABILIDAD DE TEXAS

**Guarde esta tarjeta.**

**IMPORTANTE:** Esta tarjeta o una copia de su poliza de seguro debe ser mostrada cuando usted solicite o renueve su:

- registro de vehiculo de motor
- licencia para conducir
- etiqueta de inspeccion de seguridad para su vehiculo.

Puede que usted tenga tambien que mostrar esta tarjeta o su poliza de seguro si tiene un accidente o si un oficial de la paz se la pide.

Todos los conductores en Texas deben de tener seguro de responsabilidad para sus vehiculos, o de otra manera llenar los requisitos legales de responsabilidad civil. Fallo en llenar este requisito pudiera resultar en multas de hasta $1,000, suspension de su licencia para conducir y su registro de vehiculo de motor, y la retencion de su vehiculo por un periodo de hasta 180 dias (a un costo de $15 por dia).

**Para español llame al 1-877-732-5266.**     25-9008   2-14

**EXHIBIT V**

PLAINTIFFS000131

# Texas Liability Insurance Card



| | | |
|---|---|---|
| **Named Insured(s):** | David Beaty    Raynee Beaty<br>Averie Beaty<br>5014 Lake Forest Dr<br>Rowlett, TX 75088 | |
| **Vehicle:** | 2016 Land Rover Range Rover Sport 4D 4X4<br>VIN: | |
| **Registered Owner(s):** | David Beaty | |

**Policy Number:**
Effective: **1/17/2019**
Expiration: **7/17/2019**

**NAIC Number:** 24392

**Your Agent:** Lynn Tenney
8126 Lakeview Pkwy Ste 102
Rowlett, TX 75088-4564

**Agent Phone:** (972) 412-4665

---

**Farmers Texas County Mutual Insurance Company (800) 225-0011**

This policy provides at least the minimum amounts of liability insurance required by the Texas Motor Vehicle Safety Responsibility Act for the specified vehicle and named insureds and may provide coverage for other persons and other vehicles as provided by the insurance policy.

---

### TEXAS LIABILITY INSURANCE CARD

**Keep This Card**

**IMPORTANT:** This card or a copy of your insurance policy must be shown when you apply for or renew your:

- motor vehicle registration
- driver's license
- motor vehicle safety inspection sticker.

You also may be asked to show this card or your policy if you have an accident or if a peace officer asks to see it.

All drivers in Texas must carry liability insurance on their vehicles or otherwise meet legal requirements for financial responsibility. Failure to do so could result in fines up to $1,000, suspension of your driver's license and motor vehicle registration, and impoundment of your vehicle for up to 180 days (at a cost of $15 per day).

**To report a claim (including roadside assistance), please contact Farmers Claim Department (day or night) at 1-800-435-7764.**

Visit **www.farmers.com** to learn more about claim self-service options. It's quick, convenient and always open!

*See policy for actual coverage language.*

### TARJETA DE SEGURO DE RESPONSABILIDAD DE TEXAS

**Guarde esta tarjeta.**

**IMPORTANTE:** Esta tarjeta o una copia de su poliza de seguro debe ser mostrada cuando usted solicite o renueve su:

- registro de vehiculo de motor
- licencia para conducir
- etiqueta de inspeccion de seguridad para su vehiculo.

Puede que usted tenga tambien que mostrar esta tarjeta o su poliza de seguro si tiene un accidente o si un oficial de la paz se la pide.

Todos los conductores en Texas deben de tener seguro de responsabilidad para sus vehiculos, o de otra manera llenar los requisitos legales de responsabilidad civil. Fallo en llenar este requisito pudiera resultar en multas de hasta $1,000, suspension de su licencia para conducir y su registro de vehiculo de motor, y la retencion de su vehiculo por un periodo de hasta 180 dias (a un costo de $15 por dia).

**Para español llame al 1-877-732-5266.**          25-9008   2-14

PLAINTIFFS000132

## FOREMOST WATERCRAFT PROGRAMS

The Foremost Watercraft programs offer important features designed to keep you out on the water. With specialized coverage for most makes and models of personal watercraft and boats, a customized Foremost policy allows you to choose the coverage that best fits your situation, and gives you the peace of mind you want. Foremost also offers money-saving discounts and convenient payment plans. You can count on the specialty insurance experts at Foremost to give you more!

## WATERCRAFT INSURANCE IDENTIFICATION CARD

Your watercraft insurance identification card for the watercraft indicated is below.

LOOK AT THE CARD CAREFULLY. Compare the information shown to the watercraft's registration. If the information does not agree, contact your agent immediately so that the necessary corrections can be made. If this is a renewal card, keep it in a safe place until it takes effect. Destroy the old card only after the new one is in force.

**FOLD ALONG PERFORATIONS BEFORE ATTEMPTING TO REMOVE YOUR I.D. CARD.
FOLDING WILL MINIMIZE THE CHANCE OF THE CARD BEING TORN.**

---

### WATERCRAFT INSURANCE IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| [redacted] | | |

| YEAR | MAKE/MODEL | IDENTIFICATION NUMBER |
|---|---|---|
| | | [redacted] |

**INSURED'S NAME AND ADDRESS**                **AGENT'S NAME AND ADDRESS**

PLAINTIFFS000133

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**THIS CARD MUST BE KEPT IN THE INSURED WATERCRAFT
AND PRESENTED UPON DEMAND**

IN CASE OF ACCIDENT:

Report all accidents to your agent as soon as possible or call TOLL FREE:

1-800-527-3907

Obtain the following information:

1. Name and address of each operator, passenger and witness.
2. Name of Insurance Company and policy number for each unit involved.

Form 738483 03/13

PLAINTIFFS000134