# CLERK'S COURTROOM MINUTE SHEET – CIVIL

DAVID BEATY and
DB SPORTS LLC,

        Plaintiffs,

    v.                                   Case No:   19-cv-02137-KHV

KANSAS ATHLETICS, INC.,

        Defendant.

**Appearing for Plaintiff(s):**        **Appearing for Defendant(s):**
Michael Lyons, Brent Coverdale and    Eric Aufdengarten
Stephen Higdon

| **JUDGE:** | Kathryn H. Vratil | **DATE:** | 8/8/2019 |
|---|---|---|---|
| **CLERK:** | Andrea Schreyer | **TAPE/REPORTER:** | Nancy Wiss |

## MOTION HEARING

All parties appear by counsel.

Before the Court is defendant's Motion To Dismiss (Doc. #5). Arguments are heard from Mr. Aufdengarten and Mr. Lyons.

Defendant's Motion To Dismiss (Doc. #5) filed on May 17, 2019 is **OVERRULED** for reasons stated on the record. Further, the Court dismisses the portion of the Complaint (Doc. #1) that relates to plaintiff DB Sports LLC having a claim under the Kansas Wage Payment Act.