**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DAVID BEATY** and **DB SPORTS, LLC**  )<br>  )<br>  Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>**KANSAS ATHLETICS, INC.**  )<br>  )<br>  Defendant.  )<br>  ) | No. 2:19-cv-02137-KHV-GEB |

**CERTIFICATE OF SERVICE FOR KANSAS ATHLETICS, INC.'S FIRST
SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES**

The undersigned certifies that on October 18, 2019 defendant Kansas Athletics, Inc. served its first supplemental Rule 26(a)(1) disclosures on plaintiffs by serving a copy via email on the following counsel of record for plaintiffs:

 James D. Griffin (KS # 12545)
 Brent N. Coverdale (KS # 18798)
 Scharnhorst Ast Kennard Griffin PC
 1100 Walnut, Suite 1950
 Kansas City, MO 64106
 Tel: (816) 268-9419
 jgriffin@sakg.com
 bcoverdale@sakg.com

 Michael P. Lyons
 Christopher J. Simmons
 Stephen Higdon
 Deans & Lyons, LLP
 325 N. Saint Paul St., Suite 1500
 Dallas, Texas 75201-3891
 Tel: (214) 965-8500
 Fax: (214) 965-8505
 mlyons@deanslyons.com
 csimmons@deanslyons.com
 shigdon@deanslyons.com

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Dated:  Oct. 18, 2019

                Respectfully submitted,

                **BRYAN CAVE LEIGHTON PAISNER LLP**

                By:  /s/ *Timothy J. Davis*
                W. Perry Brandt (D. Kan. # 77842)
                Timothy J. Davis (KS # 24901)
                Sarah R. Holdmeyer (KS # 27584)
                One Kansas City Place
                1200 Main Street, Suite 3800
                Kansas City, MO 64105
                Tel.:  816-374-3200
                Fax:  816-374-3300
                perry.brandt@bclplaw.com
                tim.davis@bclplaw.com
                sarah.holdemeyer@bclplaw.com

                *Counsel for Kansas Athletics, Inc.*

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 18, 2019, the foregoing was filed with the Court's electronic filing system, which will send electronic notice of this filing to the following counsel of record:

    James D. Griffin (KS # 12545)
    Brent N. Coverdale (KS # 18798)
    Scharnhorst Ast Kennard Griffin PC
    1100 Walnut, Suite 1950
    Kansas City, MO 64106
    Tel:  (816) 268-9419
    jgriffin@sakg.com
    bcoverdale@sakg.com

    Michael P. Lyons
    Christopher J. Simmons
    Stephen Higdon
    Deans & Lyons, LLP
    325 N. Saint Paul St., Suite 1500
    Dallas, Texas 75201-3891
    Tel:  (214) 965-8500
    Fax:  (214) 965-8505
    mlyons@deanslyons.com
    csimmons@deanslyons.com
    shigdon@deanslyons.com

    *Counsel for Plaintiffs*

    /s/ *Timothy J. Davis*
    Counsel for Kansas Athletics, Inc.