## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID BEATY and DB SPORTS, LLC,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | Case No. 2:19-CV-02137 |
| v.  ) | |
| ) | |
| KANSAS ATHLETICS, INC.,  ) | |
| ) | |
| Defendant.  ) | |

**NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF DAVID BEATY**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 30, Defendant Kansas Athletics, Inc. will take the deposition upon oral examination of David Beaty, commencing at 9:00 a.m. on December 17, 2019, at the law offices of Bryan Cave Leighton Paisner LLP, 1200 Main Street, Suite 3800, Kansas City, Missouri 64105.  The deposition will be recorded by stenographic means before a certified court reporter authorized to take such depositions and administer oaths, and it will also be recorded by videotape.  The deposition will continue from day to day until completed, and it will be taken for all purposes contemplated by the Federal Rules of Civil Procedure, including for use as evidence at trial.

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: /s/ *Timothy J. Davis*
    W. Perry Brandt (EDMO # 28292MO)
    Timothy J. Davis (MO # 62837)
    Sarah R. Holdmeyer (MO # 69140)
    1200 Main Street, Suite 3500
    Kansas City, MO 64105
    (816) 374-3200 telephone
    (816) 374-3300 facsimile
    perry.brand@bclplaw.com
    tim.davis@bclplaw.com
    sarah.holdmeyer@bclplaw.com

ATTORNEYS FOR DEFENDANT KANSAS ATHLETICS, INC.

## **CERTIFICATE OF SERVICE**

      I certify that on this 22nd day of November, 2019, a copy of the foregoing was filed with the Court's electronic filing system, which sent notice of this filing to the following counsel of record:

James D. Griffin
Brent N. Coverdale
Scharnhorst Ast Kennard Griffin PC
1100 Walnut, Suite 1950
Kansas City, MO 64106
jgriffin@sakg.com
bcoverdale@sakg.com

and

Michael P. Lyons (admitted *pro hac vice*)
Christopher J. Simmons (admitted *pro hac vice*)
Stephen Higdon (admitted *pro hac vice*)
Deans & Lyons, LLP
325 N. Saint Paul St., Suite 1500
Dallas, Texas 75201-3891
mlyons@deanslyons.com
csimmons@deanslyons.com
shigdon@deanslyons.com

*Counsel for Plaintiffs*

                                                  /s/ *Timothy J. Davis*
                                                  Attorney for Defendant