IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID BEATY and DB SPORTS, LLC, ) <br>　　　　　　　　　　　　　　　　　　) <br>　　　　Plaintiffs,　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　　) <br>v.　　　　　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　　) <br>KANSAS ATHLETICS, INC.,　　　　　　) <br>　　　　　　　　　　　　　　　　　　) <br>　　　　Defendant.　　　　　　　　　　) | Case No. 2:19-CV-02137 |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO JOIN PARTIES OR OTHERWISE AMEND THE PLEADINGS**

Plaintiffs David Beaty and DB Sports, LLC, by and through undersigned counsel, hereby move the court for an Order allowing up to and including Monday, January 10, 2020 to file any motion for leave to join additional parties or to otherwise amend the pleadings. In support of this motion, Plaintiffs state as follows:

1.　　　　On October 4, 2019, Plaintiffs served interrogatories, requests for production, and requests for admission on Kansas Athletics, Inc. ("KAI").

2.　　　　On October 30, 2019, the parties filed a joint motion to extend KAI's deadline to supplement its initial disclosures, KAI's deadline to answer Plaintiffs' written discovery, and the parties' deadline to file any motion for leave to join additional parties or to otherwise amend the pleadings. (ECF No. 46.) The Court granted that motion and extended the deadline to file any motion for leave to join additional parties or to otherwise amend the pleadings. In support of this motion. (ECF No. 47.)

3.　　　　On December 4, 2019, the parties conducted a discovery conference concerning KAI's responses to Plaintiffs' written discovery. (ECF No. 51.) The parties are currently briefing a motion to compel following the discovery conference. (ECF No. 52.)

{00201097.DOCX}

4.        The original deadline to amend pleadings was November 22. The discovery in dispute served as the basis for the parties to originally request an extension of the deadline to file a motion to amend the pleadings. (ECF No. 46 at 2, ¶ 4.) In view of the on-going discovery dispute, Plaintiffs respectfully request that the Court grant additional time to move for leave to amend pleadings.

5.        Counsel for Plaintiffs conferred with counsel for Defendant regarding the relief requested in this motion and Defendant does not oppose this motion

WHEREFORE, Plaintiffs David Beaty and DB Sports, LLC respectfully request that the Court enter an order extending the deadline to file any motion for leave to join additional parties or to otherwise amend the pleadings up to January 10, 2020.

                                               Respectfully submitted,

                                               */s/* Brent N. Coverdale
                                               James D. Griffin       KS # 12545
                                               Brent N. Coverdale    KS # 18798
                                               Scharnhorst Ast Kennard Griffin PC
                                               1100 Walnut, Suite 1950
                                               Kansas City, MO 64106
                                               Tel: (816) 268-9419
                                               Fax: (816) 268-9409

                                               E-mail:        jgriffin@sakg.com
                                                                     bcoverdale@sakg.com

                                               and

> Michael P. Lyons (seeking admission *pro hac vice*)
> Christopher J. Simmons (seeking admission *pro hac vice*)
> Stephen Higdon (seeking admission *pro hac vice*)
> Deans & Lyons, LLP
> 325 N. Saint Paul St., Suite 1500
> Dallas, Texas 75201-3891
> Tel: (214) 965-8500
> Fax: (214) 965-8505
> E-mail: mlyons@deanslyons.com
> csimmons@deanslyons.com
> shigdon@deanslyons.com
> *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 6, 2019, a true and correct copy of the foregoing document was filed via the Court's electronic filing system, which will generate notice to all counsel of record.

> /s/ Brent N. Coverdale
> Attorney for Plaintiffs