UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID BEATY AND DB SPORTS, LLC.,

           Plaintiffs,

v.                                                Case No. 19-2137-KHV-GEB

KANSAS ATHLETICS, INC.,

           Defendants.

## **REVISED SCHEDULING ORDER**

Having considered the parties' joint informal request to modify the schedule, the court finds that good cause has been shown and the request should be granted.[1]

IT IS THEREFORE ORDERED that the scheduling order shall be revised as noted in the table that follows. All other guidelines and agreements contained in the original Scheduling order (ECF No. 37) remain as previously ordered.

---

[1] As used in this scheduling order, the term "plaintiff" includes plaintiffs as well as counterclaimants, cross-claimants, third-party plaintiffs, intervenors, and any other parties who assert affirmative claims for relief. The term "defendant" includes defendants as well as counterclaim defendants, cross-claim defendants, third-party defendants, and any other parties who are defending against affirmative claims for relief.

| SUMMARY OF DEADLINES AND SETTINGS ||
|---|---|
| Event | Deadline/Setting |
| All discovery completed | 5/15/2020 |
| All other potentially dispositive motions (e.g., summary judgment); and | 6/26/2020 |
| Motions challenging admissibility of expert testimony, 42 days before trial | 1/11/2021 |
| Proposed pretrial order due | 5/29/2020 |
| Pretrial conference (by telephone) | 6/5/2020 at 11 am |
| Jury Trial in Kansas City; ETT: 5 days | 2/22/2021 at 9:00 am |

This revised scheduling order will not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated March 2, 2020, at Wichita, Kansas.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
U.S. Magistrate Judge