# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID BEATY and DB SPORTS, LLC, | ) |
| Plaintiffs, | ) ) ) Case No. 2:19-CV-02137-KHV-GEB |
| v. | ) ) |
| KANSAS ATHLETICS, INC., | ) ) |
| Defendant. | ) |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL

Plaintiffs David Beaty and DB Sports, LLC, by and through undersigned counsel, hereby move the court for an Order allowing up to and including Friday, May 29, 2020 to file any motion to compel regarding disputes over Defendant's discovery responses.

In support of this motion, Plaintiffs state as follows:

1. On March 30, 2020, Kansas Athletics, Inc. ("KAI") responded to Plaintiffs' Second Requests for Production.

2. Under D. Kan. Rule 37.1, Plaintiffs' deadline for file a motion to compel regarding such disputes is April 30, 2020.

3. The parties have conferred and are continuing to confer over these responses and plaintiffs are considering a proposal from KAI to resolve disputes with this discovery. In light of this, Plaintiffs respectfully request that the Court grant additional time to May 29, 2020 for Plaintiffs to file any motion to compel regarding disputes over Defendant's discovery responses to Plaintiffs' second set of written discovery.

4. Plaintiffs have not previously sought an extension of this deadline.

5.  Counsel for Plaintiffs conferred with counsel for Defendant regarding the relief requested in this motion and Defendant does not oppose this motion

WHEREFORE, Plaintiffs David Beaty and DB Sports, LLC respectfully request that the Court enter an order granting additional time to May 29, 2020 for Plaintiffs to file any motion to compel regarding disputes over Defendant's discovery responses.

Respectfully submitted,

*/s/ Brent N. Coverdale*
James D. Griffin          KS # 12545
Brent N. Coverdale     KS # 18798
Scharnhorst Ast Kennard Griffin PC
1100 Walnut, Suite 1950
Kansas City, MO 64106
Tel: (816) 268-9419
Fax: (816) 268-9409
E-mail:      jgriffin@sakg.com
                 bcoverdale@sakg.com

and

Michael P. Lyons (*pro hac vice*)
Christopher J. Simmons (*pro hac vice*)
Stephen Higdon (*pro hac vice*)
Deans & Lyons, LLP
325 N. Saint Paul St., Suite 1500
Dallas, Texas 75201-3891
Tel: (214) 965-8500
Fax: (214) 965-8505
E-mail:      mlyons@deanslyons.com
                 csimmons@deanslyons.com
                 shigdon@deanslyons.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 30, 2020, a true and correct copy of the foregoing document was filed via the Court's electronic filing system, which will generate notice to all counsel of record.

*/s/ Brent N. Coverdale*
Attorney for Plaintiffs
