# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF KANSAS

| | |
|---|---|
| **DAVID BEATY and DB SPORTS, LLC,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | )  Case No. 2:19-CV-02137 |
| v. | ) |
| | ) |
| **KANSAS ATHLETICS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs David Beaty and DB Sports, LLC ("Plaintiffs") and Defendant Kansas Athletics, Inc. ("Kansas Athletics") (collectively the "Parties"), jointly request that the Court amend the Scheduling Order to extend certain deadlines, which are indicated below. In support of this Motion, the Parties state the following:

1. On September 20, 2019, the Court entered its Scheduling Order in this action. (Doc. 37.)

2. On March 2, 2020, the Court entered a Revised Scheduling Order in this action. (Doc. 109.)

3. The Parties have been actively engaged in the discovery process; however, due to issues beyond the Parties' control, including the current state of affairs due to Covid-19, it has been difficult to gather information, take depositions, and otherwise proceed forward in the lawsuit.

4. Counsel for Plaintiffs and counsel for Defendant have discussed the proposed extensions and are in agreement that the proposed extensions would help facilitate the discovery process of the Parties and overall progression of this lawsuit.

2

5.	The Parties do not anticipate the proposed extensions will impact the current trial setting of February 22, 2021.

6.	The Parties request that the following dates in the Scheduling Order be modified as follows:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Discovery Completed | May 15, 2020 | August 31, 2020 |
| Proposed Pretrial Order | May 29, 2020 | September 14, 2020 |
| Pretrial Conference | June 5, 2020 | September 21, 2020 (approximately, at the convenience of the Court) |
| Dispositive Motions | June 26, 2020 | September 30, 2020 |

7.	This Motion is not being filed for the purpose of delay but rather to assist the Parties in the orderly completion of discovery and progression of this lawsuit in light of the aforementioned circumstances.

WHEREFORE, the Parties respectfully request an order from the Court amending the current Scheduling Order to reflect the dates set forth above and for such other relief as the Court deems just and proper.

2

Dated:  May 7, 2020

Respectfully submitted,

| /s/ *Brent N. Coverdale* | /s/ *Timothy J. Davis* |
|---|---|
| James D. Griffin       KS # 12545 | W. Perry Brandt, KS # 77842 |
| Brent N. Coverdale    KS # 18798 | Timothy J. Davis, KS # 24901 |
| SCHARNHORST AST KENNARD GRIFFIN PC | Sarah R. Holdmeyer, KS # 27584 |
| 1100 Walnut, Suite 1950 | BRYAN CAVE LEIGHTON PAISNER LLP |
| Kansas City, MO 64106 | One Kansas City Place |
| Tel: (816) 268-9419 | 1200 Main Street, Suite 3800 |
| Fax: (816) 268-9409 | Kansas City, MO 64105 |
| | Telephone: (816) 374-3200 |
| Email: jgriffin@sakg.com | Facsimile: (816) 374-3300 |
| bcoverdale@sakg.com | perry.brandt@bclplaw.com |
| | tim.davis@bclplaw.com |
| | sarah.holdmeyer@bclplaw.com |
| | |
| | Attorneys for Defendant |

and

Michael P. Lyon (pro hac vice)
Christopher J. Simmons (pro hac vice)
Stephen Higdon (pro hac vice)
DEANS & LYONS, LLP
325 N. Saint Paul St., Suite 1500
Dallas, TX 75201-3891
Tel: (214) 965-8500
Fax: (214) 965-8505
Email: mlyons@deanslyons.com
       csimmons@deanslyons.com
       shigdon@deanslyons.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 7, 2020, the foregoing was filed with the Court's electronic filing system, which sent electronic notice of this filing to the following counsel of record; I also sent a copy via email to the following counsel:

James D. Griffin
Brent N. Coverdale
Scharnhorst Ast Kennard Griffin PC
1100 Walnut, Suite 1950
Kansas City, MO 64106
jgriffin@sakg.com
bcoverdale@sakg.com

and

Michael P. Lyons (admitted *pro hac vice*)
Christopher J. Simmons (admitted *pro hac vice*)
Stephen Higdon (admitted *pro hac vice*)
Deans & Lyons, LLP
325 N. Saint Paul St., Suite 1500
Dallas, Texas 75201-3891
mlyons@deanslyons.com
csimmons@deanslyons.com
shigdon@deanslyons.com

*Counsel for Plaintiffs*

                                          /s/ *Timothy J. Davis*
                                          Attorney for Defendant